UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDIA JACKSON,

    Plaintiff,                                      Case No. 1:15-cv-325

v.                                                HON. JANET T. NEFF

UNITED STATES POSTMASTER
GENERAL,

    Defendant.
_____/

**ORDER**

This is a civil rights action filed by a *pro se* litigant. On March 30, 2015, the Magistrate Judge filed a Report and Recommendation, recommending that Plaintiff's complaint be dismissed with prejudice for failure to state a claim upon which relief may be granted. The Report and Recommendation was duly served on Plaintiff. On April 30, 2015, the Court issued an order granting Plaintiff an extension, until May 14, 2015, to file her response to the Report and Recommendation (Dkt 12). Plaintiff filed a Notice of Interlocutory Appeal on May 12, 2015 (Dkt 14). A review of the court record reveals that no objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

    **IT IS ORDERED** that the Report and Recommendation (Dkt 8) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** with prejudice for the reasons stated in the Report and Recommendation.

    A Judgment will be entered consistent with this Order.

Dated: May 19, 2015                                        /s/ Janet T. Neff
                                                               JANET T. NEFF
                                                               United States District Judge